# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Jessie Simms, | Case No. 2:23-cv-01555-GMN-DJA |
| Plaintiff, | |
| v. | **Report and Recommendation** |
| Officer H. Beal, Officer A. Lopez, | |
| Defendants. | |

The Court previously denied Plaintiff's request to proceed *in forma pauperis* because his application was missing certain information. (ECF No. 4). The Court gave Plaintiff until January 10, 2024 to file an amended application. (*Id.*). Plaintiff missed that deadline and, to date, has not filed anything further in this case. In its order, the Court explained that "[f]ailure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed." (*Id.* at 3).

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

## NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable

issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: April 3, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE