|  |  |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| JESSIE SIMMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:23-cv-01555-GMN-DJA |
| vs. | ) | |
| | ) | **ORDER ADOPTING REPORT &** |
| OFFICER H. BEAL, *et al.*, | ) | **RECOMMENDATION** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 5), of United States Magistrate Judge Albregts, which recommends dismissing Plaintiff Jessie Simms' case without prejudice and closing the case.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 5) (setting an April 17, 2024, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 1-1), is **DISMISSED** without prejudice. **IT IS FURTHER ORDERED** that the Clerk of Court is kindly instructed to close the case.

Dated this __18__ day of April, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court